IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-02617-REB-CBS

FIRST HORIZON HOME LOANS, a Division of Tennessee Bank, National Association,

    Plaintiff,

v.

MILAN CHYTIL, and
PETRA CHYTILOVA,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court *sua sponte* on plaintiff's **Motion To Remand** [#18], filed January 9, 2008. The motion is **STRICKEN** for failure to comply with D.C.COLO.L.Civ.R. 7.1.A.

    Dated: January 10, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.