# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-02617-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: January 10, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| FIRST HORIZON HOME LOANS, a division of First Tennessee Bank National Association, | Phillip A. Vaglica<br>Lauren Smith |
| **Plaintiff,** | |
| v. | |
| MILAN CHYTIL, *et al.*, | Vijay K. Puligandla, via telephone |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTIONS HEARING
**Court in Session:** 2:33 p.m.
Court calls case. Appearances of counsel.

**ORDERED:** The Motion to Withdraw as Attorney of Record, Motion for Continuance, Motion to Reject Answer, Motion to Withdraw Answer, Motion for Grant of Leave to Amend or Withdraw Answer [filed December 26, 2007; doc. 10] is granted in part and denied in part for the reasons stated on the record. The Motion to Withdraw as Attorney of Record is granted. Christopher J. Pooley is hereby withdrawn as the attorney of record on this case. All further relief sought in the motion is denied.

**ORDERED:** *Sua sponte* the court strikes the Answer and Counterclaim [filed December 24, 2007; doc. 12] and the Answer and Counterclaim [filed December 26, 2007; doc. 9].

**ORDERED:** The defendants shall answer or otherwise respond to the complaint on or before January 18, 2008.

**ORDERED:** **A Scheduling Conference is set for February 11, 2008 at 10:00 a.m. The parties shall make Rule 26(a) disclosures by January 28, 2008 and shall file a proposed scheduling order by February 5, 2008.**

HEARING CONCLUDED.

**Court in recess:** **2:54 p.m.**
Total time in court: 00:21