IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 07-cv-02617-REB-CBS

FIRST HORIZON HOME LOANS,
a Division of First Tennessee Bank
National Association,

    Plaintiff and Counter-Defendant,

v.

MILAN CHYTIL and PETRA CHYTILOVA,

    Defendants and Counter-Claimants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion for Stay of Proceedings (*doc. no. 24*) is **GRANTED**.

    IT IS FURTHER ORDERED that the scheduling conference set for **February 11, 2008** is CONVERTED to a status conference at **10:00 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**    February 6, 2008