IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-02617-REB-CBS

FIRST HORIZON HOME LOANS, a Division of Tennessee Bank, National Association,

    Plaintiff,

v.

MILAN CHYTIL, and
PETRA CHYTILOVA,

    Defendants.

## ORDER REMANDING CASE TO STATE COURT

**Blackburn, J.**

The matter before is defendants' **Notice of Withdrawal of Notice of Removal** [#32], filed February 25, 2008. I construe the notice as a response and concession to plaintiff's **Motion To Remand** [#21], filed January 18, 2008, and **Motion To Dismiss for Lack of Subject Matter Jurisdiction** [#23], filed February 4, 2008. Having reviewed the apposite motions, it does appear that the court lacks federal subject matter jurisdiction over this foreclosure suit, as asserted by plaintiff. Remand, therefore, is required.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That plaintiff's **Motion To Remand** [#21], filed January 18, 2008, is **GRANTED**;

    2. That plaintiff's **Motion To Dismiss for Lack of Subject Matter Jurisdiction** [#23], filed February 4, 2008, is **DENIED AS MOOT**; and

3. That this case is **REMANDED** to the District Court of Arapahoe County, Colorado, 7325 So. Potomac St., Centennial, Colorado 80112, where it was filed as Case No. 07CV305491.

Dated February 26, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**